**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA *et al.* *ex rel.* OMNI HEALTHCARE, INC., Plaintiffs, | |
| v. | No. 21-cv-10950-ADB |
| EXAGEN, INC., and JOHN DOES 1-10, Defendants. | |

**ORDER**

The relator having filed a Notice of Voluntary Dismissal of its Complaint against Defendant Exagen, Inc., and John Does 1-10, and the United States having filed its Notice of Consent to Voluntary Dismissal, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows:

IT IS HEREBY ORDERED that all claims against Defendant Exagen, Inc. and John Does 1-10 are dismissed with prejudice as to the relator and without prejudice as to the United States.

Dated: 7/15/2025

ALLISON D. BURROUGHS
UNITED STATES DISTRICT JUDGE